UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTYN PLUMMER, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-02177-WTL-MPB |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |
| DONALD PYLES, SUSAN SCHROEDER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No.  1:18-cv-02840-WTL-MPB |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | | |

**UNOPPOSED AMENDED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND TO SET FINAL FAIRNESS
HEARING FOR NOVEMBER 19, 2018**

Plaintiffs Kristyn Plummer, Donald Pyles, and Susan Schroeder, by counsel,

respectfully submit this Amended Unopposed Motion for Preliminary Approval of

Class Action Settlement, which incorporates and supplements the Plaintiffs' prior

motion and memorandum in support of preliminary approval (ECF Nos. 62 & 63)

and addresses the modifications to the proposed Preliminary Approval Order, Final

Approval Order, and Notices requested by the Court. In support, the Plaintiffs state:

1.      On July 26, 2018, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (ECF No. 62.)

2.      The parties thereafter participated in two teleconferences on September 5 and 12 with Magistrate Judge Brookman regarding the transfer of the *Pyles* matter to this Court and the Court's proposed edits to the Preliminary Approval Order and Notices and the Final Approval Order.

3.      The *Pyles* matter has now been transferred to this Court, No. 1:18-cv-02840-WTL-MPB. The parties modified the Preliminary Approval Order and Notices and the Final Approval Order to address the transfer of *Pyles* to this Court and to address the edits the parties discussed with Magistrate Brookman.[1]

4.      Attached as Exhibit 1 to this motion is the revised Preliminary Approval Order with revised Notices. Attached as Exhibit 2 to this motion is the revised Final Approval Order. Attached as Exhibits 3 and 4 are redlined versions of those documents that, for the Court's convenience, show the changes that have been made.

---

[1] The Settlement Class definition was edited as requested by the Court in the revised Preliminary Approval Order and Notices and Final Approval Order. The Settlement Agreement itself expressly provides for the Court to modify the Settlement Agreement terms, including the Settlement Class definition, therefore, edits to the Settlement Agreement itself were not necessary.

5.    Having made the requested revisions, Plaintiff respectfully moves the Court to enter the attached revised Preliminary Approval Order, which includes the revised Notices.

6.    Plaintiff also respectfully moves the Court to schedule the final Fairness Hearing for the afternoon of November 19, 2018, which is a date and time that counsel for both parties are available.

7.    Counsel for Defendant does not oppose this motion.

Dated: September 25, 2018                Respectfully submitted,

                                        s/Lynn A. Toops
                                        Irwin B. Levin
                                        Richard E. Shevitz
                                        Vess A. Miller
                                        Lynn A. Toops
                                        COHEN & MALAD, LLP
                                        One Indiana Square, Suite 1400
                                        Indianapolis, IN 46204
                                        Telephone: (317) 636-6481
                                        Fax: (317) 636-2593
                                        ilevin@cohenandmalad.com
                                        rshevitz@cohenandmalad.com
                                        vmiller@cohenandmalad.com
                                        ltoops@cohenandmalad.com

                                        J. Gerard Stranch, IV
                                        Benjamin A. Gastel
                                        BRANTSTETTER STRANCH &
                                        JENNINGS PLLC
                                        223 Rosa L Parks Avenue, Suite 200
                                        Nashville, TN 37203
                                        Phone: (615) 254-8801
                                        gerards@bsjfirm.com
                                        beng@bsjfirm.com

                                        *Counsel for Plaintiff and the Proposed
                                        Plaintiff Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 25, 2018, a copy of the foregoing document was

filed electronically. Notice of this filing will be sent to counsel of record by operation

of the Court's electronic filing system.

s/Lynn A. Toops\
Lynn A. Toops
