UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTYN PLUMMER, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-02177-WTL-MPB |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| DONALD PYLES, SUSAN SCHROEDER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:18-cv-02840-WTL-MPB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED SECOND AMENDED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND TO SET FINAL FAIRNESS HEARING**

Plaintiffs Kristyn Plummer, Donald Pyles, and Susan Schroeder, by counsel, respectfully submit this Unopposed Second Amended Motion for Preliminary Approval of Class Action Settlement, which incorporates and supplements the Plaintiffs' prior motion and memorandum in support of preliminary approval (*Plummer* ECF Nos. 62 & 63) and prior amended motion for preliminary approval

(*Plummer* ECF No. 70; *Pyles* ECF No. 22), and addresses the modifications to the proposed Preliminary Approval Order, Final Approval Order, and Notices requested by the Court on October 5, 2018. In support, the Plaintiffs state:

1. On July 26, 2018, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. (*Plummer* ECF No. 62.)

2. On September 25, 2018, Plaintiff filed an Unopposed Amended Motion for Preliminary Approval of Class Action Settlement (*Plummer* ECF No. 70; *Pyles* ECF No. 22), which attached revised documents requested by the Court in two teleconferences on September 5 and 12 with Magistrate Judge Brookman.

3. On October 5, 2018, the Court requested additional revisions to the Preliminary Approval Order, Final Approval Order, and Notices, as well as an Opt-Out Form. Attached as Exhibit 1 to this motion is the revised Preliminary Approval Order with revised Notices. Attached as Exhibit 2 to this motion is the Opt-Out Form. Attached as Exhibit 3 is the revised Final Approval Order. Attached as Exhibit 4 are redlined versions of the revised Preliminary Approval Order with revised Notices and revised Final Approval Order that, for the Court's convenience, show the changes that have been made.

4. Having made the requested revisions, Plaintiff respectfully moves the Court to enter the attached revised Preliminary Approval Order, which includes the revised Notices.

5. Plaintiff also respectfully moves the Court to schedule the final Fairness Hearing.

6.    Counsel for Defendant does not oppose this motion.

Dated: October 8, 2018

Respectfully submitted,

s/Lynn A. Toops
Irwin B. Levin
Richard E. Shevitz
Vess A. Miller
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANTSTETTER STRANCH & JENNINGS PLLC
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Plaintiff and the Proposed Plaintiff Class*

## CERTIFICATE OF SERVICE

I certify that on October 8, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/Lynn A. Toops
Lynn A. Toops