UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTYN PLUMMER, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:17-cv-02177-WTL-MPB |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |
| DONALD PYLES, SUSAN SCHROEDER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | No. 1:18-cv-02840-WTL-MPB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NICOR ENERGY SERVICES COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kristyn Plummer, Donald Pyles, and Susan Schroeder, by Class Counsel, respectfully move the Court under Fed. R. Civ. P. 23(e) to grant final approval to the Class Action Settlement Agreement with Defendant Nicor Energy Services Company (ECF No. 62-1) for the reasons set forth in the accompanying memorandum in support of this Motion.

Dated: November 21, 2018

Respectfully submitted,

s/Irwin B. Levin
Irwin B. Levin
Richard E. Shevitz
Vess A. Miller
Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

J. Gerard Stranch, IV
Benjamin A. Gastel
BRANTSTETTER STRANCH & JENNINGS PLLC
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Plaintiffs and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I certify that on November 21, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

s/Irwin B. Levin
Irwin B. Levin